15249. BARLOW *v.* THE STATE.

BLOODWORTH, J. Under the evidence in this case the judge properly charged the law of shooting at another; and as the evidence is ample to support a verdict for this offense, the motion for a new trial was properly overruled. *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED MARCH 6, 1924.

Indictment for assault with intent to murder—conviction of shooting at another; from Crawford superior court—Judge Mathews. December 1, 1923.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.